UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEMUEL L. COOPER,

    Plaintiff,

v.                                            Case No.  5:24-cv-38-MCR-MJF

SERGEANT KIRKLAND, et al.,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on July 23, 2024, ECF No. 21. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 21, is adopted and incorporated by reference into this Order.

2. This action is **DISMISSED** without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1), for maliciousness and abuse of the judicial process.

3. The clerk of court will enter judgment accordingly and close this case file.

**DONE AND ORDERED** this 25th day of September 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**